450

[No. 20631-1-I.   Division One.   August 7, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. NILES R. FOWLER, *Appellant.*

The decision in the above captioned case which appeared in the advance sheets at 54 Wn. App. 450–56 has been omitted from this permanent bound volume pursuant to an order of the Court of Appeals dated August 7, 1989, directing that the decision not be published. See 54 Wn. App. 1072.